## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| J. OLIVERI TRUCKING, LLC | : No. 318 MAL 2014 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| BILL GOODWIN CONSTRUCTION CO. | : |
| AND WONDRA CONSTRUCTION, INC. | : |
| | : |
| | : |
| PETITION OF: THE DIME BANK, | : |
| | : |
| Intervenor | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.